UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SPAR ENTERPRISES, LP D/B/A<br>HAMPTON INN HOTEL,<br><br>*Plaintiff*<br><br>v.<br><br>THE CINCINNATI INSURANCE COMPANY,<br>AND ELIZABETH ORTIZ<br><br>*Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No: 5:15-cv-661 |

## AGREED MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff, Spar Enterprises, LP d/b/a Hampton Inn Hotel ("Plaintiff"), and Defendants, The Cincinnati Insurance Company and Elizabeth Ortiz ("Defendants"), and file this Agreed Motion to Dismiss with Prejudice in the above-styled and numbered cause of action, and for same would respectfully show unto the Court as follows:

### I.

This case has not proceeded to trial and the parties have not introduced any evidence at trial.

### II.

Plaintiff and Defendants have entered into a settlement agreement for the purpose of settling and compromising any and all of the disputes and controversies that exist between them. Accordingly, Plaintiff and Defendants desire to dismiss the above-styled and numbered cause of action, with prejudice to refiling same, with costs to be borne by the party incurring same.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendants respectfully request this Court to grant their Agreed Motion to Dismiss with Prejudice, and enter a Judgment of dismissal in the above-styled and numbered cause of action.

Respectfully submitted,

/s/ *William N. Allan, IV*
William N. Allan, IV
**ALLAN, NAVA, GLANDER & HOLLAND, PLLC**
825 W. Bitters Road, Suite 102
San Antonio, Texas 78216
Telephone: (210) 305-4220
Facsimile: (210) 305-4219

**COUNSEL FOR PLAINTIFF**

/s/ *W. Montgomery Briscoe*
W. Montgomery Briscoe
State Bar No. 03014500
**EGGLESTON & BRISCOE, L.L.P.**
4800 Three Allen Center
333 Clay Street
Houston, Texas 77002
Telephone: (713) 659-5100
Facsimile: (713) 951-9920

**COUNSEL FOR DEFENDANTS**